# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2728 Disciplinary Docket No. 3 |
| | : | |
| | : | |
| Respondent | : | No. 87 DB 2020 |
| | : | |
| v. | : | |
| | : | Attorney Registration No. 203067 |
| | : | |
| JACQUELINE PATRICIA GRUHLER, | : | |
| | : | (Delaware County) |
| Petitioner | | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of December, 2022, upon consideration of the Verified Statement of Resignation, Jacqueline Patricia Gruhler is disbarred on consent from the Bar of this Commonwealth. *See* Pa.R.D.E. 215. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).